UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR: 11-00508 LHK |
| Plaintiff, | ) ORDER OF DISMISSAL |
| v. | ) |
| JUAN CARLOS ORTEGA | ) |
| Defendant. | ) |

Leave is granted to the government to dismiss the above-captioned Indictment. The Indictment is hereby ordered dismissed without prejudice.

Date: July 22, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

NOTICE OF DISMISSAL
11-00508 LHK